

## Supreme Court of Missouri
en banc

May 28, 2019

In re: Steven V. Stenger,        )

                             )

        Petitioner.        )    Supreme Court No. SC97860

                             )    MBE # 45842

### ORDER

Petitioner, Steven V. Stenger, having filed in this Court a motion to voluntarily surrender his license to practice law in this state; and

Petitioner having admitted in said petition that on May 3, 2019, he pled guilty to a felony, in violation of Title 18, United States Code, Sections 1341, 1346 and 2 in the United States District Court for the Eastern District of Missouri in cause no. 4:19CR312; and

The Court having received the Chief Disciplinary Counsel's report and recommendation filed herein;

The Court, thus advised, now orders that the surrender of the license of Steven V. Stenger be accepted and that said license be canceled.

It is further ordered that the name of Steven V. Stenger be stricken from the roll of attorneys in this state, that he be disbarred, and that his right and license to practice law in this state is hereby terminated.

It is further ordered that Steven V. Stenger comply in all respects with Rule 5.27 – Procedure Following a Disbarment or Suspension Order.

Costs taxed to Petitioner.

Day - to – Day

*Zel M. Fischer*

Zel M. Fischer
Chief Justice